UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELIA ALANIZ, | ) CASE NO. C06-0558-RSL |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER GRANTING PLAINTIFF'S |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) MOTION FOR EQUAL ACCESS TO |
| | ) JUSTICE ACT FEES |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff filed a motion for fees under the Equal Access to Justice Act. (Dkt. 22.) Plaintiff seeks $6,651.01 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant does not object to plaintiff's motion. (Dkt. 24.) Having considered the motion and the accompanying documents, the Court finds plaintiff's request reasonable.

It is therefore ORDERED:

(1) Plaintiff's Motion for Equal Access to Justice Act Fees is GRANTED. Plaintiff's counsel is hereby awarded the attorney's fees requested.

/ / /

/ / /

ORDER GRANTING PLAINTIFF'S MOTION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -1

(2) The Clerk shall send copies of this Order to the parties and to the Hon. Mary Alice Theiler.

DATED this 22nd day of January, 2007.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

Recommended for entry
this 22nd day of January, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -2